37527, 37713. BRASIC v. THOMPSON (two cases).
37528, 37712. MAGNAN v. THOMPSON (two cases).

The judgment is affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

DECIDED JULY 14, 1981.

*Ronald C. Drensick, J. Converse Bright,* for appellants.
*Charles M. Ferguson, District Attorney,* for appellee.